# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00130-CV

**Will Perkins, Appellant**

**v.**

**Heather Dean and Heidi Dean, Appellees**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 23,438, HONORABLE JOHN L. PLACKE, JUDGE PRESIDING**

**PER CURIAM**

Appellant Will Perkins and appellees Heather Dean and Heidi Dean have filed a joint agreed motion to dismiss this appeal based on a settlement agreement. Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed: October 4, 2001

Do Not Publish